108 A.3d 27

Jerome MOUZON, Petitioner

v.

COURT OF COMMON PLEAS PHILADELPHIA COUNTY, Respondent.

No. 173 EM 2014.

Supreme Court of Pennsylvania.

Jan. 12, 2015.

## *ORDER*

PER CURIAM.

AND NOW, this 12th day of January, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**

108 A.3d 28

TRI QUOC DU, Petitioner

v.

PENNSYLVANIA BOARD OF LAW EXAMINERS, Respondent.

No. 152 MM 2014.

Supreme Court of Pennsylvania.

Jan. 12, 2015.

## *ORDER*

PER CURIAM.

AND NOW, this 12th day of January, 2015, the Petition for Review is **DENIED.**